**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALONZO RAYSHAWN PERKINS,<br><br>                    Petitioner,<br><br>          v.<br><br>JEFF LYNCH, Warden,<br><br>                    Respondent. | Case No. 2:24-cv-7700 JWH (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, it is hereby **ORDERED** as follows:

1.      The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED**.

2.      The Petition is **DENIED**, and Judgment shall be entered **DISMISSING** this action **without prejudice**.

3.      The Clerk is **DIRECTED** to serve copies of this Order and the Judgment herein on Petitioner at his address of record and on counsel for Respondent.

**IT IS SO ORDERED.**

DATED: December 17, 2024

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE