JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO RAYSHAWN PERKINS, | Case No. 2:24-cv-7700 JWH (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JEFF LYNCH, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned action is **DISMISSED without prejudice** for lack of jurisdiction.

**IT IS SO ORDERED.**

DATED: December 17, 2024

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE